Daniel P. O'Neill, Appellant, v. Leo M. Sage, Administrator of Estate of Thomas Walsh, Deceased, Appellee.

Gen. No. 44,057.

opinion filed December 30, 1947; rehearing denied January 21, 1948; released for publication January 28, 1948. Francis T. Delaney, for appellant; Clausen, Hirsh & Miller, for appellee. Opinion by JUSTICE SCANLAN. **Not to be published in full.**